## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Larisha Weems, | Case No.: 3:08-cv-02102-JZ |
| Plaintiff, | |
| v. | |
| United Collection Bureau, Inc., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a) with prejudice; each party shall bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.                                    Surdyk, Dowd & Turner Co., L.P.A.

By: */s/ Jeffrey S. Hyslip*                             By: */s/ Jeffrey C. Turner*
Jeffrey S. Hyslip (0079314)                            Jeffrey C. Turner (0063154)
The Sears Tower                                         1 Prestige Place, Suite 700
Suite 5150                                             Miamisburg, Ohio 45342
Chicago, IL 60606                                      Tel: 1.937.222.2333
Telephone: 1.866.339.1156                              jturner@sdtlawyers.com
jsh@legalhelpers.com                                   *Attorney for Defendant*
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Jeffrey S. Hyslip*